JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANI SHBAZZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KEVIN WALKER, et al.,<br><br>　　　　　Defendants. | Case No. CV 21-6111-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Upon consideration of the parties' Stipulation to Dismiss Entire Action with Prejudice (Docket No. 53), IT IS HEREBY ORDERED that the above-entitled action is DISMISSED with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties are to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-